JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>T & D SERVICES, INC., a Nevada corporation doing business in California as "T & D TRENCHLESS,"<br><br>Defendant. | CASE NO.: EDCV 12-1595 MWF (OPx)<br><br>ASSIGNED TO THE HONORABLE MICHAEL W. FITZGERALD<br><br>**JUDGMENT** |

///
///
///
///
///
///
///

**[PROPOSED] JUDGMENT**

[Proposed] Judgment.doc

1   This action having been commenced on September 19, 2012, and the Court having approved the stipulation for entry of judgment in favor of plaintiffs Trustees of the Operating Engineers Pension Trust, et al., and against defendant T & D Services, Inc., a Nevada corporation doing business in California as "T & D Trenchless," and for good cause shown,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

Plaintiffs TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST shall recover from defendant T & D SERVICES, INC., a Nevada corporation doing business in California as "T & D TRENCHLESS," the principal amount of $119,427.42, plus post-judgment interest as provided by law, from the date judgment is entered until paid in full.

Dated: April 17, 2013   _____

UNITED STATES DISTRICT JUDGE